## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**Ahmad Jebril** #31943-039  )
Federal Correctional Institution  )
P O Box 4200  )
Three Rivers, TX 78071  )
                                )

v.

**Federal Bureau of Prison**

**C. Eichenlaub** (Warden of Milan Federal
Correctional Institution - Milan,
Michigan)

**Jodi Bradly** (Captain of Milan Federal
Correctional Institution - Milan,
Michigan)

Case: 2:08-cv-10159
Judge: Friedman, Bernard A
Referral MJ: Scheer, Donald A
Filed: 01-11-2008 At 01:43 PM
CMP JEBRIL V. FEDERAL BUREAU OF PRISONS ET AL (DA)

### 28 § 1346(b) Federal Tort Claim Petition

1. The action arises under Federal Tort Claim against the Federal Bureau of Prisons pursuant to 28 § 1346, as hereinafter more fully appears.

2. On 12/11/06 I was an inmate at Milan Federal Correctional Institution in Milan, Michigan. On the mentioned day at around 4:00pm I was called to the officers office by Jason Berger who directed me to other officers who took me to the Special Housing Unit where I remained for 8 months.
On 12/11/06 I was in a cell where I seen them bring in 8 army bags of my property through my cell on the 1st floor of the east side. During my 8 month stay in the SHU I wrote numerous letters and spoke to many staff to allow me to see my property and get some items.
I was always informed that my property is in the SIS lieutenants office and is under SIS investigation.

Finally on 6/25/07 I was allowed to go see my property. Six months after being in the SHU. I discovered that I only had a single bag of my property. Nearly everything else was stolen and missing.

I was informed that orderlie inmates who have access to the lieutenants office and the property room were stealing my property.

I informed staff on continuous basis to watch for my items and let me inventory them. They informed me that after I leave Milan and see what I have I should then file a tort claim.

Some officers had threatened to do "something" to my property when I kept asking about my property and that may have been another reason why my property is missing.

PAGE 1 of 3

Officer Juhuz(not sure how it's spelled) once shouted out to me (.....you want me to do a Mexican ******* on your property) in retaliation for me inquiring about it.
(***** is for a term I did not understand).

I wrote the warden regarding that threat the same day and he responded with the enclosed exhibit #2.

Staff harassment towards me for allegations they assumed against me brought about by SIS caused them to harass me and my property, as well as possibly allowing orderlies to steal from my property after I informed them.

3. Chapter 15, PS 5500.1 of the custodial manual indicates that "receiving officer will, as soon as practicable after receipt of the property, review the inventory with the inmate to verify the accuracy of the inventory. The receiving officer is to give the inmate all allowable items, and record this action...."

It also states :"The officer preparing the inventory is to list all property picked up, including that property identified as contraband. The officer is to show the quantity of each item in the first blank space preceding the name of the property."

It also states: "Upon completion of the inventory, both the form and property are fowarded to the receiving unit. The officer is to certify the inventory by signature"

Also states :"The receiving officer certifies receipt, review, and disposition of the property by signging .... the form. In the same section, the inmate by signing certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles donated ....etc."

Also states :"When an inmate is placed in SHU, that inmate's property is to be secured as soon as possible. The inmate is to be given the opportunity to advise staff of the inmate's property and its location within the housing area"

Also states :"...one of the officers working in detention is designated property officer. That officer has general responsiblity for the property and except in unusual circumstances, property is only issues during that officers shift so that one officer supervises and documents the disposition of proeprty"

Also states :"a copy of form 40 or for intra-unit movement, a local form for identifying inmate personal property is to be retained within the SHU for at least two years"

With all these procedures set forth to the officers, they did not follow a single one of these. That's in addition to the fact they clearly threatened to do something to my property as previously stated.

I had informed the captain, the warden and others but they refused to do anything.

4. Upon being transferred from Milan FCI to Three Rivers FCI in

TX I filed a Tort Claim. See Exhibit #1.
On 12/18/07 I received a letter stating that it was a "FINAL DENAIL OF CLAIM". See Exhibit #3.

4. I'm sure that my loss was the result of the negligent acts and omissions of Bureau of Prisons employees acting within the scope of their employment as I can prove beyound a doubt in the court of law and as this petition summerizes the facts.

5. The total amount of property stolen and unaccounted for totals to $1,155.88.

Wherefore plaintiff demands judgement against defendants for total amount of loss as compensatory damages as well as an additional amount for punitive damages because loss was suffered by an evil motive and intent. **(As well as any court costs and filing fees).**

Respectfully Submitted,

_(signature)_

Ahmad Jebril
Inmate #: 31943-039
Federal Correctional Institution
P O BOX 4200
Three Rivers, TX 78071

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

**1. Submit To Appropriate Federal Agency:**
North Central Regional Office
Regional Counsel
400 State Avenue 8th Floor
Kansas City, Kansas 66101

**2. Name, Address of claimant and claimant's personal representative, if any.** (See instructions on reverse.) (Number, street, city, State and Zip Code)
Ahmad Jebril #31943-039 Three River FCI
P.O. Box 4200
Three River, TX 78071

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY ☒ CIVILIAN
**4. DATE OF BIRTH:** 3/29/71
**5. MARITAL STATUS:** Married
**6. DATE AND DAY OF ACCIDENT:** 12/11/06
**7. TIME (A.M. OR P.M.):** 4:00 PM

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On 12/11/06 at 4:00pm I was called to the L.O. office by officer Jason Berger. Then was taken to the "SHU". I remained in the SHU for 8 months. On 12/11/06 I seen them bring in 8 army bags of my property through my cell in the SHU. During the 8 months I wrote over 10 letters to staff to allow me see property and get some items. Finally on 6/25/07 I was finally allowed to go property (6 months later). I discovered they only had a single small bag of my property. Nearly everything was stolen. I was told by orderlies my property (8 bags) were in the SIS lieutenants office and orderlies (inmates) like inmate/orderlie "Garcia" was taking items and putting them in his property. I told authorities. I don't know what they did to my property but no (property inventory) sheet dated 12/11/06 was done by Berger.

## 9. PROPERTY DAMAGE

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, street, city, State, and Zip Code)
Same as #2

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side.)
Property bought in prison or items sent to me from home were stolen/missing

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

N/A

## 11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| N/A | N/A |

## 12. AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE (missing) | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | N/A | N/A | $1055.88 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side.)
Ahmad Jebril

**13b. Phone number of signatory:** inmate #31943-039
**14. DATE OF CLAIM:** 9/3/07

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-107
Previous editions not usable.
NSN 7540-00-634-4046
STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUST

Continue of #8.

Then I placed items in my property that ended up missing during my stay in the SHU.

Enclosed is a reply to my plea that I see my property. Therefore this tort claim is for items that went missing from 12-11-06 to 8-7-07.

You can bring witnesses (inmates) — anyone in my unit will testify of the large amount of books I had in my cube, these are just some of what I can recall.

.cems the information requested in the letter to... ...his Notice is attached.
uthority: The requested information is solicited pursuant to one or more of the
ving: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28
.R. Part 14.

C. *Routine Use:* See the Nu...ed of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

**Complete all items - Insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY
RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE
AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT,
ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u>
FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH
ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT.
THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY
WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance? ☐ Yes, if yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. ☒ No | |

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?  No | 17. If deductible, state amount  N/A |
|---|---|

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

N/A

19. Do you carry public liability and property damage insurance? ☐ Yes, if yes, give name and address of insurance carrier *(Number, street, city, State, and Zip Code)* ☒ No

No

Exhibit #2

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER          July 11, 2007
## JEBRIL, Ahmad Musa                                                              F-Unit
## Reg. No: 31943-039

This is in response to your Inmate Request to Staff Member, dated June 22, 2007, and received in this office on July 6, 2007. You request to know why you have not been given the opportunity to retrieve items from your personal property in the Special Housing Unit.

A review of the issue(s) raised has been conducted. Your property was confiscated for investigation purposes. After the completion of the investigation, your property was released to be issued within the guidelines of the Special Housing Unit. On June 25, 2007, you were given the opportunity to receive the prescribed issue from your personal property.

The Bureau takes allegations of staff misconduct seriously, and your concerns have been referred for investigation.

If you have further questions, or information pertinent to your current status, you may contact your Unit Team.

I trust this information addresses your concerns.

_____
C. Eichenlaub, Warden

*Exhibit #3*



U.S. Department of Justice
**Federal Bureau of Prisons**
North Central Region

---

*Kansas City, KS 66101-2492*

DEC 1 4 2007

MEMORANDUM FOR JEBRIL, AHMAD, Reg. No. 31943-039
                               FCI THREE RIVERS
                               FCI MILAN

FROM:  Rick Schott, Regional Counsel

SUBJECT:  Tort Claim T-NCR-2007-06173
Alleged Property Loss: $1,055.88

CERTIFIED RECEIPT     7005 1820 0006 7689 3330

Your above referenced tort claim has been considered for administrative review pursuant to 28 CFR § 0.172, Authority: Federal Tort Claims and 28 CFR Part 14, Administrative Claims Under Federal Tort Claims Act. Investigation of your claim did not reveal that you suffered any property loss as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied. This memorandum serves as a notification of final denial under 28 CFR § 14.9, Final Denial of Claim. If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than 6 months after the date of mailing of this notification.



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

September 18, 2007

Ahmad Jebril, 31943-039
FCI Three Rivers
PO Box 4200
Three Rivers TX 78071

    Re: Administrative Claim for Damages
    Claim #: _____TRT-NCR-2007-06173_____  $_____1,055.88_____

Dear Claimant:

    This is to notify you of our receipt of your administrative claim for damages under provisions of the Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq., alleging liability of the United States Government.

    Your properly completed claim was received on <u>September 10, 2007</u>. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such proper claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until <u>March 08, 2008</u>.

    Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.

                                           Sincerely,
                                           Richard W. Schott
                                           Regional Counsel

Exhibit # 4

(1)

| Item | Value | Date of Purchase | Place of Purchase |
|---|---|---|---|
| 1. Rubbermaid ogrge Jug | 6.50 | 4/12/06 | Milan, FCI Commissary |
| 2. Harbinger X-LG | 15.60 | 4/12/06 | Milan FCI commissary |
| 3. Lock | 5.70 | 4/04/06 | Milan FCI = |
| 4. Mirror | 2.20 | 4/04/06 | Milan FCI = |
| 5. Mesh Bag | 9.10 | 4/04/06 | Milan FCI = |
| 6. Clear Cup w/lid | .35 | 4/04/06 | Milan FCI = |
| 7. Soap dish | .35 | 4/04/06 | = |
| 8. Accordian File | 1.20 | 4/04/06 | = |
| 9. 3x Sweatpants | 18.85 | 4/04/06 | = |
| 10. 3x Sweatshirts | 15.50 | 4/04/06 | = |
| 11. (3) weethers Candy | 2.30 x 3 = 6.90 | 2/15/06 | = |
| 12. Koss Headphones | 14.30 | 1/19/06 | = |
| 13. 2x thermal | 7.80 | 12/27/05 | = |
| 14. (2) hanes Briefs | $6 x 2 = $12.00 | 11/21/05 | = |
| 15. (2) XL Thermal top | $5.85 x 2 = 11.70 | 11/08/05 | = |
| 16. Accordian File | 1.20 | 8/31/05 | = |
| 17. 2 legal pads | 1.05 x 2 = 2.10 | 8/22/05 | = |
| 18. 2 ink pens | .40 | ~~8/12/05~~ 6/15/05 | = |
| 19. legal pad | 1.05 | ~~$1.50~~ 6/13/05 | = |
| 20. 1 legal envelope | .15 | 6/13/05 | = |
| 21. 2 legal pads | 1.05 x 2 = 2.10 | 5/18/05 | = |
| 22. 2 accordion Files | 1.20 x 2 = 2.40 | 5/18/05 | = |
| 23. Sony M-32 Radio | 34.95 | 3/9/05 | = |
| 24. Shower Shoes | 3.40 | 3/9/05 | = |
| 25. Nail clippers | .65 | 3/9/05 | = |
| 26. Scissors | 6.35 | 3/9/05 | = |
| 27. Tweezers | 1.00 | 3/9/05 | = |

(2)

| Item | Value | Date of Purchase | Place of Purchase |
|---|---|---|---|
| 28. Classic Nylon | 33.10 | 3/9/05 | Milan, FCI Commissary |
| 29. 2 legal pads | 1.05×2=2.10 | 3/9/05 | Milan, FCI = |
| 30. 4 legal envelopes | .60 | 3/9/05 | Milan, FCI = |
| 31. 1 Rubbermaid Microw Bowl | 2.60 | 3/9/05 | = |
| 32. Sauna Belt | 8.90 | 4/11/06 | = |
| 33. 40 .39 stamps | 15.60 | 4/4/06 | = |
| 34. 60 .39 stamps | 23.40 | 4/11/06 | = |
| 35. 3 Sue Bee | 10.05 | 4/11/06 | = |
| 36. Beebox | 54.95 | 10/11/05 | = |
| 37. Timex sports | 19.95 | 12/27/05 | = |
| 38. 5 legal envelopes | .75 | 12/27/05 | = |
| 39. light Bulbs | 1.30 | 4/12/06 | = |
| 40. Doo rag | 1.80 | 6/16/06 | = |
| 41. Koss Pro 1 | 46.05 | 7/20/07 | = |
| 42. Wedding Ring | 100.00 | 6/10/03 | Wedding Present from wife |
| 43. Religious Kufi | 10.00 | ~~10/6/10~~ 10/03 | Store in Dearborn - Warren ave |
| 44. Stock options for Dumies (Book) | 14.95 | 12/29/05 | Amazon.com |
| 45. Stock investing (Book) | 14.95 | 12/29/05 | = |
| 46. Shipping | 4.98 | 12/29/05 | = |
| 47. Pelican Brief (Book) | 7.99 | 7/1/07 | = |
| 48. Certain Justice (Book) | 7.99 | 7/1/07 | = |
| 49. Shipping | 4.98 | 7/1/07 | = |
| 50. Palestine (Book) | 18.84 | 11/24/06 | = |
| 51. Looming tower (Book) | 20.76 | 10/4/06 | = |
| 52. Kite Runner (Book) | 8.40 | April 1, 2006 | = |
| 53. Dictionary (Book) | 5.99 | = | = |
| 54. Shipping | 4.98 | = | = |
| 55. From Secularism to Jihad (Book) | 44.95 | 11/12/06 | = |
| 56. Inside Al Qaeda | 15.00 | 11/28/06 | = |

(3)

| Item | Value | Date of Purchase | Place of Purchase |
|---|---|---|---|
| 58. State of Denial (Book) | 21.04 | 10/30/06 | Amazon.com |
| 59. Life after life (Book) | 18.99 | 1/9/06 | = |
| 60. Life after life II (Book) | 12.99 | 1/9/06 | = |
| 61. Dead man walking (Book) | 15.15 | 7/1/07 | Amazon.com |
| 62. Inside Wife (Book) | 24.95 | 11/11/05 | Borders |
| 63. Dude (Book) | 14.95 | 11/11/05 | = |
| 64. Shipping | 4.50 | 11/11/05 | = |
| 65. Holy Quran (Book) | 29.00 | (around 10/06) | Hilal Books |
| 66. Tafseer (2 volume) | 34.00 | (around 10/06 | = |
| 67. Fiqh Alsunnah (Arabic) 3 volumes | 80.00 | around 1/01 | Bought from Jordan, and sent directly from family. |
| 68. Nail Al-awtar | 28.00 | = | = |
| 69. Fan | 25.00 | 10/06 | Given to me by inmate leaving here - the fan is in property room (Now) with my # on it in Black marker. They refused to give it to me when I left because they were using it in property room. Nor would they let me send it home. |
| 70. Tide Powder | 5.75 | 4/4/06 | Milan FCI Commisary |
| 71. Relaxer | 8.90 | 4/4/06 | = |
| 72. Mug Tasters choice | 1.85 | 3/9/05 | = |
| 73. Mug Tasters choice | 1.85 | 11/21/05 | = |
| 74. Herbal Tea | 3.40 | ~~1/9/06~~ 2/22/06 | = |
| 75. 2 Honey | 2.15×2 = 4.30 | 1/19/06 | = |
| 76. 1 NutoFruit mix | 2.45 | 1/19/06 | = |
| 77. 1 Olive oil | 3.90 | 2/22/06 | = |
| 78. 1 prayer oil | 3.29 | 2/22/06 | = |
| 79. orange drink | 2.15 | 2/22/06 | s |
| 80. Salsa | 1.80 | 2/22/06 | |
| 81. 1 mazorella | 1.40 | 2/22/06 | |
| 82. Grapedrink | 2.00 | 2/22/06 | |

Exhibit #5

U S Department of Justice
Federal Bureau of Prisons
400 State Ave
Tower II, Suite 800
Kansas City, KS 66101

DATE: 11/17/07
Re: Administrative Claim For Damages
Claim # TRT-NCR-2007-06173 $1,055.88

This is to notify you that I filed a claim for damages under 28 USC §1346(b), 2671 in the above claim and amount.

I would like to amend the following:

1) After sending the claim and then looking my copies over I forgot to add the following

| ITEM | VALUE | DATE OF PURCHASE | PLACE |
|---|---|---|---|
| Eyeglasses w/case | $100 | 08/06 | Eyeglass Fac. |

Therefore instead of my claim being a total of $1055.88 this serves to amend it and notify you that it is now $1,155.88.

The glasses were sent to me through the medical department around the date I indicated. medical has records of forms I completed to get them in The glasses cost much more than $100.00 but since the limit on value of glasses is $100.00 I only claim them as $100.00

2) Anytime a settlement is issued I would like for it to go to my mother at the following address:
Subhieh Jebril
4637 Palmer
Dearborn MI 48126

Any correspondence, letters or settlement forms...etc. I would like addressed to me. However when issuing a check I would appreciate that it be sent to my mother at the above address.

My present address is at Three Rivers FCI however please check prior to any letter sent out to me if I'm still in Three Rivers or another institution.

Thank you for your help and cooperation in these matters.

Sincerely,

Ahmad Jebril #31943-039
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| Case No. 08-10159 | Judge: Bernard A. Friedman | Magistrate Judge: Donald A. Scheer |

**Name of 1st Listed Plaintiff/Petitioner:**
AHMAD JEBRIL

**Name of 1st Listed Defendant/Respondent:**
FEDERAL BUREAU OF PRISONS ET AL

**Inmate Number:** 31943-039

**Additional Information:**

**Plaintiff/Petitioner's Attorney and Address Information:**

**Correctional Facility:**

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4200
THREE RIVERS, TX 78071

**BASIS OF JURISDICTION**
☒ 2 U.S. Government Defendant
☐ 3 Federal Question

**NATURE OF SUIT**
☐ 530 Habeas Corpus
☐ 540 Mandamus
☒ 550 Civil Rights
☐ 555 Prison Conditions

**ORIGIN**
☒ 1 Original Proceeding
☐ 5 Transferred from Another District Court
☐ Other:

**FEE STATUS**
☒ IFP *In Forma Pauperis*
☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
      Court: _____
      Case No: _____
      Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
      Court: _____
      Case No: _____
      Judge: _____